IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 1 0 2011

GREGORY C. LANGHAM
CLERK

Civil Action No. 11-cv-02018-BNB
(The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.)

SHAWN A. MARZAN,

    Plaintiff,

v.

REPUBLIC SERVICES, INC.,

    Defendant.

---

### ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCY

---

Plaintiff has submitted a Title VII Complaint and a Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. As part of the court's review pursuant to D.C.COLO.LCivR 8.1, the court has determined that the submitted documents are deficient as described in this order. Plaintiff will be directed to cure the following if he wishes to pursue his claims. Any papers which the Plaintiff files in response to this order must include the civil action number on this order.

**Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915:**
(1)   ___   is not submitted
(2)   ___   is not on proper form (must use the court's current form)
(3)   ___   is missing original signature by Plaintiff
(4)   ___   is missing affidavit
(5)   ___   affidavit is incomplete
(6)   _X_   affidavit is not notarized or is not properly notarized
(7)   ___   names in caption do not match names in caption of complaint, petition or application
(8)   ___   An original and a copy have not been received by the court.

|  |  | Only an original has been received. |
|---|---|---|
| (9) | X | other: <u>Motion is necessary only if $350.00 filing fee is not paid in advance.</u> |

**Complaint or Petition:**

| (10) | __ | is not submitted |
|---|---|---|
| (11) | __ | is not on proper form (must use the court's current form) |
| (12) | __ | is missing an original signature by the Plaintiff |
| (13) | __ | is incomplete |
| (14) | __ | uses et al. instead of listing all parties in caption |
| (15) | __ | An original and a copy have not been received by the court. Only an original has been received. |
| (16) | __ | Sufficient copies to serve each defendant/respondent have not been received by the court. |
| (17) | __ | names in caption do not match names in text |
| (18) | __ | other _____ |

Accordingly, it is

ORDERED that the Plaintiff cure the deficiencies designated above **within thirty (30) days from the date of this order**. Any papers which the Plaintiff files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the Plaintiff shall obtain the court-approved Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 form, along with the applicable instructions, at www.cod.uscourts.gov. It is

FURTHER ORDERED that, if the Plaintiff fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the complaint and the action will be dismissed without further notice. The dismissal shall be without prejudice.

DATED August 10, 2011, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-02018-BNB

Shawn A Marzan
PO Box 11281
Aurora, CO 80011

I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on August 10, 2011.

GREGORY C. LANGHAM, CLERK

By: _____
     Deputy Clerk