IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02018-WJM-MEH

SHAWN A. MARZAN,

    Plaintiff,

v.

REPUBLIC SERVICES, INC.,

    Defendant.

---

## MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on February 8, 2012**.

    For good cause shown and in the interests of justice, Defendant's Unopposed Motion to Withdraw its Motion to Dismiss and Amend its Answer [filed February 6, 2011; docket #33] is **granted**.  Defendant's motion to dismiss [docket #24] is hereby withdrawn.  The Clerk of the Court is directed to file Defendant's Amended Answer found at docket #33-1.