IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02018-WJM-MEH

SHAWN A. MARZAN,

    Plaintiff,

v.

REPUBLIC SERVICES, INC. d/b/a Republic Services of Denver d/b/a Republic Services of Colorado, and
ALLIED WASTE TRANSPORTATION, INC. d/b/a Allied Waste Services of Denver,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 2, 2012**.

    For good cause shown and in the interests of justice, Plaintiff's Unopposed Motion to Amend to File Second Amended Complaint and Demand for Jury Trial [filed February 28, 2012; docket #37] is **granted**. The Clerk of the Court is directed to file Plaintiff's Second Amended Complaint and Demand for Jury Trial found at docket #37-1. To the extent necessary, Plaintiff shall serve the Second Amended Complaint upon the new Defendant in accordance with Fed. R. Civ. P. 4. Defendants shall respond to the Second Amended Complaint in accordance with Fed. R. Civ. P. 15(a).