**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Case No. 11-cv-02018-WJM-MEH

SHAWN A. MARZAN

      Plaintiff,

v.

REPUBLIC SERVICES, INC., d/b/a REPUBLIC SERVICES OF DENVER d/b/a
REPUBLIC SERVICES OF COLORADO, and
ALLIED WASTE TRANSPORTATION, INC., d/b/a ALLIED WASTE SERVICES OF
DENVER

      Defendants.

---

**ORDER GRANTING STIPULATED MOTION TO DISMISS**

---

This matter comes before the Court on the Parties' Stipulated Motion to Dismiss filed May 14, 2012 (ECF No. 51). The Court having reviewed the Motion and being fully advised hereby ORDERS as follows:

The Parties' Stipulated Motion to Dismiss is GRANTED. The above-captioned matter is DISMISSED WITH PREJUDICE. Each party shall pay his or its own attorney's fees and costs.

Dated this 15th day of May, 2012.

BY THE COURT:

_____
William J. Martínez
United States District Judge